## IN THE CIRCUIT COURT FOR CHARLES COUNTY, MARYLAND

| | |
|---|---|
| **SYLVIA REESE** | * |
| 9904 Turret Lane | * |
| Clinton, MD 20735 | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. <u>c-08-cv-21-000287</u> |
| | * |
| *KODY IMPORTS II, LLC* | * |
| *2440 Crain Highway* | * |
| *Waldorf, MD  20601* | * |
| | * |
| ~~KODY HOLDINGS, LLC~~ | * |
| ~~d/b/a WALDORF TOYOTA~~ | * |
| ~~2440 Crain Highway~~ | * |
| ~~Waldorf, MD 20601~~ | * |
| | * |
| ~~Serve~~: | * |
| ~~Waldorf Ford, Inc.~~ | * |
| ~~2440 Crain Highway~~ | * |
| ~~Waldorf, MD 20601~~ | * |
| | * |
| Defendant. | * |

### AMENDED COMPLAINT
**(Negligence)**

COMES NOW Plaintiff Sylvia Reese ("Plaintiff"), by and through her attorney, Keith W. Watters, and hereby moves for judgment against Defendant ~~Kody Holdings, LLC~~ *Kody Imports II, LLC* ("Defendant") on the grounds and in the amount as hereinafter set forth:

1.  Plaintiff is an adult resident of the State of Maryland.

2.  Defendant is a Maryland limited liability company with its principal place of business located at 2440 Crain Highway, Waldorf, MD 20601.  At all times relevant herein, Defendant owned, operated, managed, and/or maintained Waldorf Toyota located at 2600 Crain Highway, Waldorf, MD 20601.  At all times relevant herein, Defendant was acting by and through its agents, servants, and/or employees, all of whom were acting within the course and

1

scope of their employment, for and on behalf of Defendant.

3. This Court has jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. § 1-501.

4. This Court has personal jurisdiction over Defendant pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-102.

5. Venue is proper in this Court because all or a substantial portion of the events or omissions giving rise to this action occurred in Charles County, Maryland.

6. On January 20, 2021, Plaintiff was a patron and lawful invitee at Waldorf Toyota located at 2600 Crain Highway, Waldorf, MD 20601.

7. Plaintiff was at Waldorf Toyota for an oil change on her vehicle.

8. As Plaintiff was entering the service center garage to pick up her vehicle after the oil change was completed, an agent, servant, and/or employee of Defendant suddenly and without warning closed the garage door, which then forcefully hit Plaintiff in the head.

9. Plaintiff sustained severe, painful, and permanent injuries as a result of the incident.

10. At said time and place, Defendant had a duty to maintain said premises in a reasonably safe condition for persons lawfully on said premises, including Plaintiff.

11. Defendant, individually or by and through its agents, servants, and/or employees, acted with less than reasonable care and was negligent in one or more of the following ways:

(a) Failed to properly maintain said premises in a reasonably safe condition for Plaintiff;

(b) Failed to warn Plaintiff of the dangerous condition when Defendant knew or in the exercise of ordinary care should have known that said warning was necessary to prevent injury to Plaintiff; and

(c) Failed to make a reasonable inspection of said premises when Defendant knew or

in the exercise of ordinary care should have known that said inspection was necessary to prevent injury to Plaintiff.

12. As a direct and proximate result of the negligence of Defendant, Plaintiff has sustained severe and permanent injuries; has been prevented from transacting her business; has suffered and will continue to suffer great pain of body and mind; and has suffered permanent disability and deformity.

13. As a further direct and proximate result of the negligence of Defendant, Plaintiff has been forced to expend large sums of money for x-rays, medical treatment, and medicine for the treatment of her injuries.

**WHEREFORE**, Plaintiff Sylvia Reese hereby demands judgment against Defendant ~~Kody Holdings, LLC~~ *Kody Imports II, LLC* in an amount in excess of $75,000.00, plus interest and costs.

Respectfully submitted,

/s/ Keith W. Watters
Keith W. Watters, Esq.
(CPF # 8606010408)
KEITH WATTERS & ASSOCIATES
1667 K Street NW, Suite 1125
Washington, DC 20006
(202) 887-1990
keithwatters@verizon.net

*Counsel for Plaintiff*

3

## JURY DEMAND

Plaintiffs demand trial by jury as to all counts.

/s/ Keith W. Watters
Keith W. Watters, Esq.

## CERTIFICATION PURSUANT TO RULE 1-313

The undersigned hereby certifies that he is admitted to practice law in the State of Maryland and is a member in good standing of the Bar of Maryland.

/s/ Keith W. Watters
Keith W. Watters, Esq.